[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 16, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14607
Non-Argument Calendar

_____

D. C. Docket No. 07-00075-CR-2-RBP-PWG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS FONTEZ CALHOUN,
a.k.a. William Allen Anderson,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(May 16, 2008)

Before BIRCH, DUBINA and FAY, Circuit Judges.

PER CURIAM:

W. Scott Brower, counsel for Carlos Fontez Calhoun, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdrawn is **GRANTED** and Calhoun's convictions and sentences are **AFFIRMED**. Appellant's motion for appointment of new counsel is **DENIED** as moot.